NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3222

SUSAN M. BARELA,

Petitioner,

v.

DEPARTMENT OF THE NAVY,

Respondent.

Petition for review of the Merit Systems Protection Board in consolidated case nos. DC0752080046-A-1, DC0752080046-P-1, and DC0752080046-P-2.

ON MOTION

## O R D E R

Susan M. Barela moves for an extension of time to file an informal reply brief. The Department of the Navy states that it opposes the motion but consents to a 14-day extension of time.

An informal reply brief may not exceed 15 typewritten, double-spaced pages with 1-inch margins, or their equivalent in content.

Accordingly,

IT IS ORDERED THAT:

The motion is granted to the extent that Barela may file a reply brief within 14 days of the date of filing of this order.

FOR THE COURT

OCT 0 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 8 2009

JAN HORBALY
CLERK

cc: Susan M. Barela, Esq.
Michael N. O'Connell, Esq.
s19